UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

MICHAEL BARRETT BOESEN,

               Plaintiff,

-against-

ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No. 20 Civ. 1677 (LAP)

ECF Case

**CORPORATE DISCLOSURE STATEMENT**

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of this court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Associated Newspapers Limited, erroneously sued as Associated Newspapers (U.S.A.) Limited, certifies that it is a wholly owned subsidiary of DMG Media Limited, which is in turn a subsidiary of Daily Mail and General Trust plc ("DMGT").  DMGT is publicly traded on the London Stock Exchange.

Dated:  March 6, 2020
        New York, New York

Respectfully submitted,

**BALLARD SPAHR LLP**

   */s/ Thomas B. Sullivan*
Thomas B. Sullivan
1675 Broadway, 19th Floor
New York, NY 10019
Telephone:  (212) 850-6139
Facsimile:  (212) 223-1942
sullivant@ballardspahr.com

*Attorneys for Defendant*