Case 1:20-cv-01677-LAP Document 13 Filed 03/16/21 Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BARRETT BOESEN,

Plaintiff

- against –

ASSOCIATED NEWSPAPERS (U.S.A.) LIMITED

Defendant

Case No. 1:20-01677 (LAP)

**STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff Michael Barrett Boesen, and Counsel for Defendant Associated Newspapers (U.S.A.) Limited, that all claims asserted in the above-referenced action are dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each party to bear its own costs, expenses and attorney's fees.

James H. Freeman

James H. Freeman

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Telephone: (516) 233-1660
JF@LiebowitzLawFirm.com

Dated: March 16, 2021

*Attorneys for Plaintiff*
*Michael Barrett Boesen*

Thomas B. Sullivan

Thomas Byrne Sullivan

BALLARD SPAHR LLP (NYC)
1675 Broadway, 19th Floor
New York, NY 10019
Telephone: (212) 850-6139
sullivant@ballardspahr.com

Dated: March 16, 2021

*Attorneys for Defendant*
*Associated Newspapers (U.S.A.) Limited*

**SO ORDERED:**

Hon. Loretta A. Preska

3/17/21

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

Loretta A. Preska

LORETTA A. PRESKA, U.S.D.J.